# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| PARKER, FRAYA LOUISE | § § | Case No. 08-70620 |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/DANIEL M. DONAHUE_____
               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| Case No: 08-70620   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: PARKER, FRAYA LOUISE | Date Filed (f) or Converted (c): | 03/03/08 (f) |
| | 341(a) Meeting Date: | 04/10/08 |
| For Period Ending: 10/20/11 | Claims Bar Date: | 08/04/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 185,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account | 186.00 | 0.00 | DA | 0.00 | FA |
| 3. Household goods and furnishings | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Wearing Apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. Furs & Jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. Camera | 50.00 | 0.00 | DA | 0.00 | FA |
| 7. Roth IRA | 42,097.00 | 0.00 | DA | 0.00 | FA |
| 8. Alternative Transport, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. Alternative Freight | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. AEI Limited Partnership | 5,000.00 | 1,026.21 | | 1,026.21 | FA |
| 11. Inland Realty | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 12. 1998 Dodge durango | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 13. 2000 BMW | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 14. F450 truck | 29,000.00 | 0.00 | DA | 0.00 | FA |
| 15. 32' Wells cargo trailer | 10,381.33 | 0.00 | DA | 0.00 | FA |
| 16. F250 truck | 8,150.00 | 0.00 | DA | 0.00 | FA |
| 17. Post-Petition Interest Deposits (u) | Unknown | 0.60 | | 0.60 | FA |
| 18. IRA | 36,000.00 | 0.00 | DA | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $354,064.33 | $1,026.81 | | $1,026.81 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 08-70620   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | PARKER, FRAYA LOUISE | Date Filed (f) or Converted (c): | 03/03/08 (f) |
| | | 341(a) Meeting Date: | 04/10/08 |
| | | Claims Bar Date: | 08/04/08 |

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/10   Current Projected Date of Final Report (TFR): 12/01/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 08-70620 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | PARKER, FRAYA LOUISE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0108  MONEY MARKET |
| Taxpayer ID No: | *******7876 | | | |
| For Period Ending: | 10/20/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/28/08 | 10 | INLAND REAL ESTATE CORPORATION | STOCK INTEREST | 1129-000 | 122.51 | | 122.51 |
| 04/28/08 | 10 | INLAND REAL ESTATE CORPORATION | STOCK INTEREST | 1129-000 | 122.51 | | 245.02 |
| 05/30/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.03 | | 245.05 |
| 06/30/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.03 | | 245.08 |
| 07/31/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.03 | | 245.11 |
| 08/29/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.03 | | 245.14 |
| 09/30/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.03 | | 245.17 |
| 10/31/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.02 | | 245.19 |
| 11/28/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.02 | | 245.21 |
| 12/31/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 245.22 |
| 04/30/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 245.23 |
| 05/01/09 | 10 | AEI FUND MANAGEMENT, INC. | DIVIDEND PAID | 1129-000 | 146.18 | | 391.41 |
| 05/29/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 391.42 |
| 06/30/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 391.43 |
| 07/09/09 | 10 | AEI FUND MANAGEMENT, INC. | STOCK INTEREST | 1129-000 | 57.72 | | 449.15 |
| 07/31/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 449.16 |
| 08/31/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 449.17 |
| 09/30/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 449.18 |
| 10/07/09 | 10 | AEI FUND MANAGEMENT, INC. | DIVIDEND PAID | 1129-000 | 64.08 | | 513.26 |
| 10/30/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 513.27 |
| 11/30/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 513.28 |
| 12/31/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 513.29 |
| 01/08/10 | 10 | AEI FUND MANAGEMENT | DIVIDEND PAID | 1129-000 | 64.08 | | 577.37 |
| 01/29/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 577.38 |
| 02/26/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 577.39 |
| 03/31/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 577.41 |
| 04/08/10 | 10 | AEI FUND MANAGEMENT, INC. | DIVIDEND PAID | 1129-000 | 64.08 | | 641.49 |

Page Subtotals     641.49     0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*
LFORM24
Ver: 16.04b

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-70620 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- |
| Case Name: | PARKER, FRAYA LOUISE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0108 MONEY MARKET |
| Taxpayer ID No: | *******7876 | | | |
| For Period Ending: | 10/20/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 641.51 |
| 05/28/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 641.52 |
| 06/30/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 641.54 |
| 07/08/10 | 10 | AEI FUND MANAGEMENT, INC. | DIVIDEND PAID | 1129-000 | 64.08 | | 705.62 |
| 07/30/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 705.64 |
| 08/31/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 705.66 |
| 09/30/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 705.68 |
| 10/06/10 | 10 | AEI FUND MANAGEMENT, INC. | DIVIDEND PAID | 1129-000 | 64.08 | | 769.76 |
| 10/29/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 769.78 |
| 11/30/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 769.80 |
| 12/31/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 769.82 |
| 01/07/11 | 10 | AEI FUND MANAGEMENT, INC. | DIVIDEND PAID | 1129-000 | 64.38 | | 834.20 |
| 01/31/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 834.22 |
| 02/28/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 834.23 |
| 03/31/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 834.24 |
| 04/05/11 | 10 | AEI FUND MANAGEMENT, INC. | DIVIDEND PAID | 1129-000 | 64.17 | | 898.41 |
| 04/29/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 898.42 |
| 05/31/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 898.43 |
| 06/30/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 898.44 |
| 07/11/11 | 10 | AEI FUND MANAGEMENT, INC. | DIVIDEND PAID | 1129-000 | 64.17 | | 962.61 |
| 07/29/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 962.62 |
| 08/31/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 962.63 |
| 09/30/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 962.64 |
| 10/07/11 | 10 | AEI FUND MANAGEMENT, INC. | DIVIDEND PAID | 1129-000 | 64.17 | | 1,026.81 |
| 10/13/11 | | Transfer to Acct #*******3927 | Final Posting Transfer | 9999-000 | | 1,026.81 | 0.00 |

Page Subtotals 385.32 1,026.81

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-70620 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | PARKER, FRAYA LOUISE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0108  MONEY MARKET |
| Taxpayer ID No: | *******7876 | | | |
| For Period Ending: | 10/20/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,026.81 | 1,026.81 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 1,026.81 | |
| | | | Subtotal | | 1,026.81 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,026.81 | 0.00 | |

Page Subtotals    0.00    0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 16.04b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 08-70620 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | PARKER, FRAYA LOUISE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3927 GENERAL CHECKING |
| Taxpayer ID No: | *******7876 | | |
| For Period Ending: | 10/20/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/13/11 | | Transfer from Acct #*******0108 | Transfer In From MMA Account | 9999-000 | 1,026.81 | | 1,026.81 |

```
                                      COLUMN TOTALS                    1,026.81        0.00       1,026.81
                              Less:   Bank Transfers/CD's              1,026.81        0.00
                                      Subtotal                             0.00        0.00
                              Less:   Payments to Debtors                               0.00
                                      Net                                  0.00        0.00

                                                                          NET          NET        ACCOUNT
                                      TOTAL - ALL ACCOUNTS           NET DEPOSITS  DISBURSEMENTS  BALANCE
                                      MONEY MARKET - ********0108        1,026.81        0.00        0.00
                                      GENERAL CHECKING - ********3927        0.00        0.00    1,026.81
                                                                     ------------ ------------ ------------
                                                                         1,026.81        0.00    1,026.81
                                                                     ============ ============ ============
                                                                   (Excludes Account (Excludes Payments  Total Funds
                                                                       Transfers)       To Debtors)       On Hand
```

Page Subtotals   1,026.81   0.00

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 20, 2011 |

Case Number:  08-70620
Debtor Name:  PARKER, FRAYA LOUISE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $0.00 | $0.00 |
| 000002<br>070<br>7100-00 | Yellow Book USA<br>c/o RMS Bankruptcy Recovery Services<br>POB 5126<br>Timonium MD 21094 | Unsecured | | $10,518.00 | $0.00 | $10,518.00 |
| 000003B<br>070<br>7100-00 | Durand State Bank<br>P.O. Box 537<br>Durand, IL 61024-0537 | Unsecured | | $4,584.35 | $0.00 | $4,584.35 |
| 000004<br>070<br>7100-00 | Corporate Services, Inc.<br>208 Kishwaukee Street<br>Rockford, IL 61104 | Unsecured | | $4,392.17 | $0.00 | $4,392.17 |
| 000005<br>070<br>7100-00 | One Communications<br>Attn: Janice Ronan<br>313 Boston Post Road W<br>Marlborough MA 01752 | Unsecured | | $1,574.12 | $0.00 | $1,574.12 |
| 000006<br>070<br>7100-00 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | | $4,683.97 | $0.00 | $4,683.97 |
| 000007<br>070<br>7100-00 | US BANK NA/ Bankruptcy Dept<br>PO BOX 5229<br>CINCINNATI, OHIO 45201 | Unsecured | | $10,362.43 | $0.00 | $10,362.43 |
| 000008<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $380.89 | $0.00 | $380.89 |
| 000009<br>070<br>7100-00 | Paul Slabaugh<br>8642 Carradale Drive<br>Caledonia, IL 61011 | Unsecured | | $3,800.00 | $0.00 | $3,800.00 |
| 000010<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $14,536.56 | $0.00 | $14,536.56 |
| 000001<br>050<br>4210-00 | Ford Motor Credit Company LLC<br>P.O. Box 537901<br>Livonia, MI 48153-9905 | Secured | | $21,030.42 | $0.00 | $21,030.42 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 20, 2011 |

Case Number: 08-70620  
Debtor Name: PARKER, FRAYA LOUISE  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000003A 050 4210-00 | Durand State Bank P.O. Box 537 Durand, IL 61024-0537 | Secured | | $8,275.00 | $0.00 | $8,275.00 |
| | Case Totals: | | | $84,137.91 | $0.00 | $84,137.91 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-70620
Case Name: PARKER, FRAYA LOUISE
Trustee Name: DANIEL M. DONAHUE

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC | $ | $ | $ | $ |
| 000003A | Durand State Bank | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Yellow Book USA | $ | $ | $ |
| 000004 | Corporate Services, Inc. | $ | $ | $ |
| 000005 | One Communications | $ | $ | $ |
| 000006 | CHASE BANK USA, NA | $ | $ | $ |
| 000007 | US BANK NA/ Bankruptcy Dept | $ | $ | $ |
| 000008 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000009 | Paul Slabaugh | $ | $ | $ |
| 000010 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000003B | Durand State Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE