UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PARKER, FRAYA LOUISE § Case No. 08-70620
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:00 PM on 11/23/2011 in Courtroom 115,
United States Courthouse
211 S. Court St.
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: /s/ Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

UST Form 101-7-NFR (5/1/2011) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PARKER, FRAYA LOUISE § Case No. 08-70620
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 1,026.81 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 1,026.81 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC | $ 21,030.42 | $ 21,030.42 | $ 0.00 | $ 0.00 |
| 000003A | Durand State Bank | $ 8,275.00 | $ 8,275.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 1,026.81 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 256.70 | $ 0.00 | $ 256.70 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 256.70 |
| Remaining Balance | $ 770.11 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,832.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Yellow Book USA | $ 10,518.00 | $ 0.00 | $ 147.72 |
| 000004 | Corporate Services, Inc. | $ 4,392.17 | $ 0.00 | $ 61.69 |
| 000005 | One Communications | $ 1,574.12 | $ 0.00 | $ 22.11 |
| 000006 | CHASE BANK USA, NA | $ 4,683.97 | $ 0.00 | $ 65.78 |
| 000007 | US BANK NA/ Bankruptcy Dept | $ 10,362.43 | $ 0.00 | $ 145.54 |
| 000008 | PYOD LLC its successors and assigns as assignee of | $ 380.89 | $ 0.00 | $ 5.35 |
| 000009 | Paul Slabaugh | $ 3,800.00 | $ 0.00 | $ 53.37 |
| 000010 | PYOD LLC its successors and assigns as assignee of | $ 14,536.56 | $ 0.00 | $ 204.16 |
| 000003B | Durand State Bank | $ 4,584.35 | $ 0.00 | $ 64.39 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 770.11 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) (Page: 4)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 08-70620-MB
Fraya Louise Parker                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: mreilly           Page 1 of 2           Date Rcvd: Oct 27, 2011
                              Form ID: pdf002         Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2011.
```
db          +Fraya Louise Parker,    364 Golden Eagle Bend,    Machesney Park, IL 61115-8318
12001225    +A/J Business Services,    3181 Kentwood,   Rockford, IL 61109-2857
12001227     AT&T Universal Card,    Cardmember Services,   P.O. Box 44167,   Jacksonville, FL 32231-4167
12001226     AT&T Universal Card,    P.O. Box 688917,   Des Moines, IA 50368-8917
12267894    +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
14350199     CHASE BANK USA, NA,    PO BOX 15145,   WILMINGTON, DE 19850-5145
12001228     Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
12001229     Capital One Bank,    P.O. Box 5294,   Carol Stream, IL 60197-5294
12001232     Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
12001231     Chase,   Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
12001233     Chase Home Finance,    P.O. Box 24696,   Columbus, OH 43224-0696
12001234     Citi Cards,   P.O. Box 688912,   Des Moines, IA 50368-8912
12001235     Citi Simplicity Card,    Box 6000,   The Lakes, NV 89163-6000
12001236     Citibank, N.A.,   P.O. Box 790110,   St. Louis, MO 63179-0110
12001238    +Commercial Recovery Group,    1012 State College Road, Suite 203,   Dover, DE 19904-6506
12001239    +Corporate Services, Inc.,    208 Kishwaukee Street,   Rockford, IL 61104-2037
12001240     Durand State Bank,    P.O. Box 537,   Durand, IL 61024-0537
12044942   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,   DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,    P.O. Box 537901,
              Livonia, MI 48153-9905)
12001242    +Fire & Safety Equipment of Rockford,    2420 Harrison Avenue,   P.O. Box 5646,
              Rockford, IL 61125-0646
12001243     Ford Credit,   P.O. Box 790093,   St. Louis, MO 63179-0093
12001244    +Fraya L. Parker,   364 Golden Eagle Bend,    Machesney Park, IL 61115-8318
12001245    +Fraya Parker,   364 Golden Eagle Bend,   Machesney Park, IL 61115-8318
12001246    +Legible Signs, Inc.,    2221 Nimtz Road,   Loves Park, IL 61111-3928
12001247    +McCarthy, Burgess & Wolff,    26000 Cannon Road,   Cleveland, OH 44146-1807
12001248     MidAmerican Energy Company,    P.O. Box 8020,   Davenport, IA 52808-8020
12001250     One Communications,    P.O. Box 711879,   Cincinnati, OH 45271-1879
12001252    +Paul Slabaugh,   8642 Carradale Drive,   Caledonia, IL 61011-9424
12001255    +R.H. Donnelley,   1615 Bluff City Highway,    Bristol, TN 37620-6055
12001256     Rock River Disposal Services, Inc.,    P.O. Box 673045,   Milwaukee, WI 53267-3045
12001257    +Rock River Disposal Services, Inc.,    4002 South Main,   Rockford, IL 61102-4664
12001258    +Rockford Business Systems, Inc.,    4901 Zenith Parkway,   Rockford, IL 61115-4412
12001259    +Schlueter Ecklund,    4023 Charles Street,   Rockford, IL 61108-6199
12001262     Shell Card Center,    P.O. Box 689081,   Des Moines, IA 50368-9081
12001263     Shell Fleet,   Processing Center,   P.O. Box 183019,   Columbus, OH 43218-3019
12001265    +TransFirst/Merchant Services,    371 Centennial Parkway,   Louisville, CO 80027-1360
12001268     U.S. Cellular,   P.O. Box 7835,   Madison, WI 53707-7835
12001267     U.S. Cellular,   P.O. Box 0203,   Palatine, IL 60055-0203
12001269    +ULINE,   Attn: Accounts Receivable,    2200 South Lakeside Drive,   Waukegan, IL 60085-8311
12001266   ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank NA,   Bankruptcy Dept,    P.O. Box 5229,
              Cincinnati, OH 45201)
12289184    +US BANK NA/ Bankruptcy Dept,    PO BOX 5229,   CINCINNATI, OHIO 45201-5229
12001270     Wells Fargo,   P.O. Box 29704,   Phoenix, AZ 85038-9704
12085503    +Yellow Book USA,   c/o RMS Bankruptcy Recovery Services,    POB 5126,   Timonium MD 21094-5126
12001272     Yellow Book USA,   6300 C Street,   Cedar Rapids, IA 52404-7470
12001274     Yellow Book USA,   Attn: Customer Sevice,    P.O. Box 3162,   Cedar Rapids, IA 52406-3162
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12001239    +E-mail/Text: johnW@corpserv.com Oct 28 2011 02:11:46      Corporate Services, Inc.,
              208 Kishwaukee Street,   Rockford, IL 61104-2037
12001241     E-mail/Text: bankruptcy@wrightexpress.com Oct 28 2011 02:13:16      Exxon Mobil,   Fleet Services,
              P.O. Box 5727,   Carol Stream, IL 60197-5727
12072044     E-mail/Text: snelson@snyderpark.com Oct 28 2011 02:10:08      Ford Motor Credit Company LLC,
              c/o Steven L Nelson,   POB 3700,   Rock Island IL 61204-3700
12001249     E-mail/Text: bankrup@nicor.com Oct 28 2011 02:10:03      Nicor,   P.O. Box 416,
              Aurora, IL 60568-0001
12294061     E-mail/Text: resurgentbknotifications@resurgent.com Oct 28 2011 02:09:49
              PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
              PO Box 10587,   Greenville, SC 29603-0587
12001253     E-mail/Text: bankruptcy@pb.com Oct 28 2011 02:10:56      Pitney Bowes,   Puchase Power,
              P.O. Box 856042,   Louisville, KY 40285-6042
12001254     E-mail/Text: CustomerNoticesEast@dexknows.com Oct 28 2011 02:12:08      R.H. Donnelley,
              8519 Innovation Way,   Chicago, IL 60682-0085
12001261     E-mail/Text: bankruptcy@bbandt.com Oct 28 2011 02:13:09      Sheffield Financial,
              P.O. Box 890012,   Charlotte, NC 28289-0012
                                                                                              TOTAL: 8
```

```
District/off: 0752-3          User: mreilly            Page 2 of 2                  Date Rcvd: Oct 27, 2011
                              Form ID: pdf002          Total Noticed: 51

                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12001230    ##Capital One Services,   P.O. Box 85012,   Richmond, VA 23285-5012
12001237    ##+Citibank, N.A.,   P.O. Box 209012,   Brooklyn, NY 11220
12001251    ##+One Communications,    Attn: Janice Ronan,   313 Boston Post Road W,   Marlborough MA 01752-4612
12001260    ##+Scott's RV, Truck & Auto Repair,   5456 Sandy Hollow Road,   Rockford, IL 61109-2700
12001264    ##+Thomas J. Ruud & Associates,   216 North Court Street,   Rockford, IL 61103-6803
12001271    ##Yellow Book - West,   P.O. Box 6448,   Carol Stream, IL 60197-6448
12001273    ##+Yellow Book USA,   Collection Department,   2560 Renaissance Boulevard,
              King Of Prussia, PA 19406-2673
                                                                                   TOTALS: 0, * 0, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 29, 2011**                           **Signature:**   *Joseph Speetjens*