UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
PARKER, FRAYA LOUISE § Case No. 08-70620
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on               . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/DANIEL M. DONAHUE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003A | DURAND STATE BANK |  |  |  |  |  |
| 000001 | FORD MOTOR CREDIT COMPANY LLC |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CHASE BANK USA, NA | | | | | |
| 000004 | CORPORATE SERVICES, INC. | | | | | |
| 000003B | DURAND STATE BANK | | | | | |
| 000005 | ONE COMMUNICATIONS | | | | | |
| 000009 | PAUL SLABAUGH | | | | | |
| 000008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000010 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000007 | US BANK NA/ BANKRUPTCY DEPT | | | | | |
| 000002 | YELLOW BOOK USA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-70620 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | PARKER, FRAYA LOUISE | | | Date Filed (f) or Converted (c): | 03/03/08 (f) |
| | | | | 341(a) Meeting Date: | 04/10/08 |
| For Period Ending: 02/14/12 | | | | Claims Bar Date: | 08/04/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 185,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account | 186.00 | 0.00 | DA | 0.00 | FA |
| 3. Household goods and furnishings | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Wearing Apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. Furs & Jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. Camera | 50.00 | 0.00 | DA | 0.00 | FA |
| 7. Roth IRA | 42,097.00 | 0.00 | DA | 0.00 | FA |
| 8. Alternative Transport, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. Alternative Freight | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. AEI Limited Partnership | 5,000.00 | 1,026.21 | | 1,026.21 | FA |
| 11. Inland Realty | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 12. 1998 Dodge durango | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 13. 2000 BMW | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 14. F450 truck | 29,000.00 | 0.00 | DA | 0.00 | FA |
| 15. 32' Wells cargo trailer | 10,381.33 | 0.00 | DA | 0.00 | FA |
| 16. F250 truck | 8,150.00 | 0.00 | DA | 0.00 | FA |
| 17. Post-Petition Interest Deposits (u) | Unknown | 0.60 | | 0.60 | FA |
| 18. IRA | 36,000.00 | 0.00 | DA | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $354,064.33    $1,026.81    $1,026.81    Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Ver: 16.05c

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-70620    MLB    Judge: MANUEL BARBOSA | Trustee Name:  DANIEL M. DONAHUE |
| Case Name: | PARKER, FRAYA LOUISE | Date Filed (f) or Converted (c):  03/03/08 (f) |
| | | 341(a) Meeting Date:  04/10/08 |
| | | Claims Bar Date:  08/04/08 |

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/10    Current Projected Date of Final Report (TFR): 12/01/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-70620 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | PARKER, FRAYA LOUISE | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | *******0108  MONEY MARKET |
| Taxpayer ID No: | *******7876 | | | |
| For Period Ending: | 02/14/12 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/28/08 | 10 | INLAND REAL ESTATE CORPORATION | STOCK INTEREST | 1129-000 | 122.51 | | 122.51 |
| 04/28/08 | 10 | INLAND REAL ESTATE CORPORATION | STOCK INTEREST | 1129-000 | 122.51 | | 245.02 |
| 05/30/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.03 | | 245.05 |
| 06/30/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.03 | | 245.08 |
| 07/31/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.03 | | 245.11 |
| 08/29/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.03 | | 245.14 |
| 09/30/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.03 | | 245.17 |
| 10/31/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.02 | | 245.19 |
| 11/28/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.02 | | 245.21 |
| 12/31/08 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 245.22 |
| 04/30/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 245.23 |
| 05/01/09 | 10 | AEI FUND MANAGEMENT, INC. | DIVIDEND PAID | 1129-000 | 146.18 | | 391.41 |
| 05/29/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 391.42 |
| 06/30/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 391.43 |
| 07/09/09 | 10 | AEI FUND MANAGEMENT, INC. | STOCK INTEREST | 1129-000 | 57.72 | | 449.15 |
| 07/31/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 449.16 |
| 08/31/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 449.17 |
| 09/30/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 449.18 |
| 10/07/09 | 10 | AEI FUND MANAGEMENT, INC. | DIVIDEND PAID | 1129-000 | 64.08 | | 513.26 |
| 10/30/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 513.27 |
| 11/30/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 513.28 |
| 12/31/09 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 513.29 |
| 01/08/10 | 10 | AEI FUND MANAGEMENT | DIVIDEND PAID | 1129-000 | 64.08 | | 577.37 |
| 01/29/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 577.38 |
| 02/26/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 577.39 |
| 03/31/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 577.41 |
| 04/08/10 | 10 | AEI FUND MANAGEMENT, INC. | DIVIDEND PAID | 1129-000 | 64.08 | | 641.49 |

Page Subtotals        641.49        0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 08-70620 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | PARKER, FRAYA LOUISE | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | *******0108  MONEY MARKET |
| Taxpayer ID No: | *******7876 | | | |
| For Period Ending: | 02/14/12 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 641.51 |
| 05/28/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 641.52 |
| 06/30/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 641.54 |
| 07/08/10 | 10 | AEI FUND MANAGEMENT, INC. | DIVIDEND PAID | 1129-000 | 64.08 | | 705.62 |
| 07/30/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 705.64 |
| 08/31/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 705.66 |
| 09/30/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 705.68 |
| 10/06/10 | 10 | AEI FUND MANAGEMENT, INC. | DIVIDEND PAID | 1129-000 | 64.08 | | 769.76 |
| 10/29/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 769.78 |
| 11/30/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 769.80 |
| 12/31/10 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 769.82 |
| 01/07/11 | 10 | AEI FUND MANAGEMENT, INC. | DIVIDEND PAID | 1129-000 | 64.38 | | 834.20 |
| 01/31/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 834.22 |
| 02/28/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 834.23 |
| 03/31/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 834.24 |
| 04/05/11 | 10 | AEI FUND MANAGEMENT, INC. | DIVIDEND PAID | 1129-000 | 64.17 | | 898.41 |
| 04/29/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 898.42 |
| 05/31/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 898.43 |
| 06/30/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 898.44 |
| 07/11/11 | 10 | AEI FUND MANAGEMENT, INC. | DIVIDEND PAID | 1129-000 | 64.17 | | 962.61 |
| 07/29/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 962.62 |
| 08/31/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 962.63 |
| 09/30/11 | 17 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 962.64 |
| 10/07/11 | 10 | AEI FUND MANAGEMENT, INC. | DIVIDEND PAID | 1129-000 | 64.17 | | 1,026.81 |
| 10/13/11 | | Transfer to Acct #*******3927 | Final Posting Transfer | 9999-000 | | 1,026.81 | 0.00 |

Page Subtotals        385.32        1,026.81

Ver: 16.05c

Page: 3

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-70620 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | PARKER, FRAYA LOUISE | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******0108 MONEY MARKET |
| Taxpayer ID No: | *******7876 | | |
| For Period Ending: | 02/14/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,026.81 | 1,026.81 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 1,026.81 | |
| | | | Subtotal | | 1,026.81 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,026.81 | 0.00 | |

Page Subtotals 0.00 0.00

Ver: 16.05c

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-70620 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | PARKER, FRAYA LOUISE | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******3927 GENERAL CHECKING |
| Taxpayer ID No: | *******7876 | | |
| For Period Ending: | 02/14/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/13/11 | | Transfer from Acct #*******0108 | Transfer In From MMA Account | 9999-000 | 1,026.81 | | 1,026.81 |
| 11/30/11 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 256.70 | 770.11 |
| 11/30/11 | 000101 | Yellow Book USA<br>c/o RMS Bankruptcy Recovery Services<br>POB 5126<br>Timonium MD 21094 | Claim 000002, Payment 1.4% | 7100-000 | | 147.72 | 622.39 |
| 11/30/11 | 000102 | Durand State Bank<br>P.O. Box 537<br>Durand, IL 61024-0537 | Claim 000003B, Payment 1.4% | 7100-000 | | 64.39 | 558.00 |
| 11/30/11 | 000103 | Corporate Services, Inc.<br>208 Kishwaukee Street<br>Rockford, IL 61104 | Claim 000004, Payment 1.4% | 7100-000 | | 61.69 | 496.31 |
| 11/30/11 | 000104 | One Communications<br>Attn: Janice Ronan<br>313 Boston Post Road W<br>Marlborough MA 01752 | Claim 000005, Payment 1.4% | 7100-000 | | 22.11 | 474.20 |
| 11/30/11 | 000105 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000006, Payment 1.4% | 7100-000 | | 65.78 | 408.42 |
| 11/30/11 | 000106 | US BANK NA/ Bankruptcy Dept<br>PO BOX 5229<br>CINCINNATI, OHIO 45201 | Claim 000007, Payment 1.4% | 7100-000 | | 145.54 | 262.88 |
| 11/30/11 | 000107 | PYOD LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000008, Payment 1.4% | 7100-000 | | 5.35 | 257.53 |
| | | | Page Subtotals | | 1,026.81 | 769.28 | |

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-70620 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | PARKER, FRAYA LOUISE | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | *******3927 GENERAL CHECKING |
| Taxpayer ID No: | *******7876 | | | |
| For Period Ending: | 02/14/12 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | 000108 | Paul Slabaugh<br>8642 Carradale Drive<br>Caledonia, IL 61011 | Claim 000009, Payment 1.4% | 7100-000 | | 53.37 | 204.16 |
| 11/30/11 | 000109 | PYOD LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000010, Payment 1.4% | 7100-000 | | 204.16 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1,026.81 | 1,026.81 | 0.00 |
| Less: Bank Transfers/CD's | 1,026.81 | 0.00 | |
| Subtotal | 0.00 | 1,026.81 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 1,026.81 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********0108 | 1,026.81 | 0.00 | 0.00 |
| GENERAL CHECKING - ********3927 | 0.00 | 1,026.81 | 0.00 |
| | 1,026.81 | 1,026.81 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  257.53

Ver: 16.05c